USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-26-2007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------x
IN RE: Fosamax Products Liability    :
Litigation                           :
                                     :        1:06-md-1789 (JFK)
                                     :        Order
----------------------------------------x
This Document Relates to: All Actions :
                                     :
----------------------------------------x
```

**JOHN F. KEENAN, United States District Judge:**

Anthony G. Brazil's application for admission pro hac vice is DENIED because the applicant has not submitted a certificate of good standing "which has been issued within thirty (30) days" by a court in the state to which he is a member of the bar, as required by Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.


**SO ORDERED.**

Dated:     New York, New York
           November 26, 2007

                          _____
                               JOHN F. KEENAN
                          United States District Judge