07005452

# Office of the Sheriff



KEVIN C. LARKIN
SHERIFF

MERCER COUNTY CIVIL COURT HOUSE
175 SOUTH BROAD STREET
P.O. BOX 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-6100
FAX: (609) 278-8041

UNDERSHERIFFS
MICHAEL D. GERASIMOWICZ
DENNIS J.TOBOLSKI
CAROLYN E. WALTON

ASSISTANT TO THE SHERIFF
CATHLEEN G. GARTON

CHIEF SHERIFF'S OFFICER
JOHN A. KEMLER

CHIEF WARRANT OFFICER
DENNIS J. MCMANIMON

PLAINTIFF CALOGERA FUSCIONE DOCKET # 07-CV-9334

DEFENDANT MERCK & CO INC

I SERVED THE FOLLOWING **US DISTRICT COURT, OUT OF STATE, SUMMONS & COMPLAINT**

ON THE WITHIN-NAMED DEFENDANT (S) IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | DATE SERVED | TIME SERVED | AGENCY |
|---|---|---|---|
| MERCK & CO INC | 12/13/07 | 1100 | **CORPORATION TRUST COMPANY** Registered Agent **Tyeasha Weaver** **Manager or Managing Agent** 820 Bear Tavern Road, Ewing Twp |

I, KEVIN C. LARKIN, Sheriff of Mercer County, do hereby deputize and appoint [signature] to be my Deputy, to execute and return the writ according to law.

Witness my hand and seal this 13 day of Dec A.D. 2007

[signature]
Sheriff (L.S.)
Sheriff's Fee: $$33.50
Notary Fee $

OTHER (Comment)

KEVIN C. LARKIN, SHERIFF, by

[signature]
Special Deputy

LENORA R. ALLEN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/29/2012
Lenora R. Allen

Sworn to and subscribed before me this 13 day of Dec, 20 07

RA CTC